UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MUTAZ MUJEED AL-SHARA,

    Plaintiff,

v.

THE UNITED STATES GOVERNMENT,
*et al.*,

    Defendants.
_____/

Case No. 25-11923

Hon. F. Kay Behm

## **JUDGMENT**

In accordance with the Order issued on this date, the complaint is **DISMISSED** without prejudice.

    **SO ORDERED**.

Date: July 8, 2025

                              s/F. Kay Behm
                              F. Kay Behm
                              United States District Judge